COA no-07-14-00428CR
TR.C+ no 24-202-C

Dear Abel Acosta, Clerk:                                                3-13-2015

I am sending you this letter to correct a mistake in my pdr that was filed on 2-27-2015 page 5 Argument no one next to the last line says "Vickie was coaching whitney as to what to say on the stand." That is a mistake it is suppost to read that a statement saying that Vickie was coaching whitney on what to say when she made a statement. She would try to tell a story and Vickie would stop her and say no remember it was like this. That statement was withheld from my trial. Erika Digman filled out the statement at Steve Denneys office.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 17 2015

Abel Acosta, Clerk

Thank you

Robert Digman

1854737

1536 IH 10 East

Fort Stockton, Texas

79735